IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
PIX INTERNATIONAL, LLC,           *
                                  *
     Plaintiff,                   *
                                  *
     v.                           *    CV 119-059
                                  *
METRO SPIRIT, INC. and THE        *
METROPOLITAN SPIRIT, INC. d/b/a   *
METRO SPIRIT,                     *
                                  *
     Defendants.                  *
```

**O R D E R**

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 8.) Plaintiff seeks to dismiss with prejudice Defendant Metro Spirit, Inc. only and continue pursuing its claims against Defendant The Metropolitan Spirit, Inc. d/b/a Metro Spirit, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Metro Spirit, Inc. has not yet filed an answer or a motion for summary judgment. **IT IS THEREFORE ORDERED** that Plaintiff's claims against Metro Spirit, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** Defendant Metro Spirit, Inc from this case.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA