IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| PIX INTERNATIONAL, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CV 119-059 |
| THE METROPOLITAN SPIRIT, INC. d/b/a METRO SPIRIT, and JOE WAYNE WHITE, | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 18.) Plaintiff seeks to dismiss Defendant Joe Wayne White without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Joe Wayne White has not filed an answer or a motion for summary judgment. **IT IS THEREFORE ORDERED** that Plaintiff's claims against Joe Wayne White are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** Defendant Joe Wayne White from this case.

**ORDER ENTERED** at Augusta, Georgia this 12th day of November, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA