IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
PIX INTERNATIONAL, LLC,         *
                                *
     Plaintiff,                 *
                                *
     v.                         *     CV 119-059
                                *
THE METROPOLITAN SPIRIT, INC.   *
d/b/a METRO SPIRIT,             *
                                *
     Defendant.                 *
```

## O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 22.) Because the Defendant has neither answered the complaint nor moved for summary judgment, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 14th day of February, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA